AO 442 (Rev. 12/85) Warrant for Arrest

**FILED**
December 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

Received
DEC 11 2025
USMS W/TX
El Paso

# United States District Court

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**FIDEL JAVIER CALDERON**

CASE NUMBER: EP-25-CR-1996DB(1)

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Fidel Javier Calderon**_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] TSR Violation Petition
charging him/her with

### VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title __18__ United States Code, Section(s) __3583__

Philip J. Devlin
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

December 10, 2025            El Paso, TX
Date and Location

Bail fixed at $ to be determined

by Philip J. Devlin
   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Executed by USMS |  |
| DATE OF ARREST | On December 15, 2025 In El Paso, Texas |  |